# Court of Appeals
# of the State of Georgia

ATLANTA,  May 03, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1220. PEACHTREE INVESTMENT SOLUTIONS, LLC et al v. THOMAS TEAGUE HUNTER.**

Thomas Teague Hunter sued several defendants, including Peachtree Investment Solutions, LLC. On November 15, 2023, the trial court granted Hunter's motion for partial summary judgment, finding Peachtree Investment liable as a matter of law for breach of contract for failure to repay a promissory note. Peachtree Investment filed a notice of appeal from this ruling, and the appeal has been docketed as Case Number A24A1221.

Peachtree Investment also filed a "Motion for Re-Hearing" from the summary judgment ruling, arguing that the trial court improperly conducted oral argument and failed to fully consider Peachtree Investment's response to the motion for summary judgment. On November 23, 2023, the trial court denied the motion for rehearing, finding that its prior summary judgment ruling "is correct and remains the order of this Court." Peachtree Investment filed a notice of appeal from this order, which has been docketed as the instant appeal.

In substance, Peachtree Investment's motion for rehearing was a motion for reconsideration. See *Kuriatnyk v. Kuriatnyk*, 286 Ga. 589, 590 (690 SE2d 397) (2010) (in pleadings, substance controls over nomenclature). And the denial of a motion for reconsideration may not be appealed directly. See *Ferguson v. Freeman*, 282 Ga. 180, 181 (1) (646 SE2d 65) (2007). Furthermore, the appeal in the instant matter, A24A1220, is entirely duplicative of the appeal in A24A1221. For these reasons, we hereby DISMISS this appeal. Peachtree Investment has filed additional motions in this

appeal, including a motion to consolidate this appeal with A24A1221 and a motion to supplement the record. Those motions are DISMISSED as MOOT.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  05/03/2024*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*